# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MORENO,<br><br>     Plaintiff,<br><br> v.<br><br>A. KANE, et al.,<br><br>     Defendants. | Case No. ED CV 15-00993-GW(AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action with prejudice for failure to prosecute.


DATED:  July 26, 2016


              _____

                GEORGE H. WU
             UNITED STATES DISTRICT JUDGE