1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JUAN MANUEL MORENO,                    Case No. ED CV 15-00993 GW (AFM)

12              Plaintiff,

13                                          **JUDGMENT**
        v.
14
    A. KANE, et al.,
15
                Defendants.
16

17

18      Pursuant to the Court's Order Accepting the Report and Recommendation of

19  the United States Magistrate Judge,

20      IT IS ORDERED AND ADJUDGED that the action is dismissed with

21  prejudice.

22

23  DATED:  July 26, 2016

24

25  _____

        GEORGE H. WU
26      UNITED STATES DISTRICT JUDGE

27

28